IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00554-LTB-BNB

CHRISTINA DIAZ,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matters discussed at the scheduling conference:

IT IS ORDERED that the parties shall submit a revised scheduling order, modified as discussed at the scheduling conference and in the form of Appendix F.2 to the local rules of practice, on or before **August 10, 2010**.

IT IS FURTHER ORDERED that a settlement conference will be held on **September 2, 2010, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall

submit an updated confidential settlement statement to the magistrate judge on or before **August 26, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated August 3, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge